**Fill in this information to identify the case:**

Debtor 1: Joseph Michael Motovidlak

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of Pennsylvania (State)

Case number: 5:18-bk-00947-RNO

Official Form 410S1

# Notice of Mortgage Payment Change                                                                   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Chalet Properties III, LLC

**Court claim no.** (if known): 1-1

**Last 4 digits** of any number you use to identify the debtor's account: 3 5 5 8

**Date of payment change:**
Must be at least 21 days after date of this notice: 09/01/2019

**New total payment:** $ 699.80
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - [ ] No
   - [✓] Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 1,276.04     New escrow payment: $ 336.86

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - [✓] No
   - [ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - [✓] No
   - [ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

| Debtor 1 | Joseph Michael Motovidlak | Case number (*if known*) 5:18-bk-00947-RNO |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Michelle R. Ghidotti-Gonsalves    Date 08/07/2019
Signature

Print: Michelle R. Ghidotti-Gonsalves    Title AUTHORIZED AGENT
   First Name   Middle Name   Last Name

Company: Ghidotti Berger LLP

Address: 1920 Old Tustin Ave
   Number   Street
   Santa Ana, CA 92705
   City   State   ZIP Code

Contact phone (949) 427 – 2010    Email mghidotti@ghidottiberger.com



314 S Franklin St / Second Floor
PO Box 517
Titusville PA 16354
800-327-7861
814-260-4159 Fax
www.bsifinancial.com

JOSEPH M MOTOVIDLAK
110 JOHN ST
KINGSTON         PA 18704

YOUR LOAN NUMBER:

DATE: 07/25/19

\*\*\* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS \*\*\*

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE   BEGINNING    09/19 THROUGH    08/20.
------ ANTICIPATED PAYMENTS FROM ESCROW -    09/19 THROUGH    08/20 ------
         HOMEOWNERS INS                       1500.00
         SCHOOL                               1705.32
         BOROUGH                               837.06

         TOTAL PAYMENTS FROM ESCROW           4042.38

         MONTHLY PAYMENT TO ESCROW             336.86 (1/12TH OF ABOVE TOTAL)

------ ANTICIPATED ESCROW ACTIVITY -    09/19 THROUGH    08/20 --------
       -ANTICIPATED PAYMENTS-                -- ESCROW BALANCE COMPARISON --
MONTH  TO ESCROW  FROM ESCROW   DESCRIPTION      ANTICIPATED       REQUIRED
                  ACTUAL STARTING BALANCE         3682.75           2042.18
SEP 19   336.86     1705.32    SCHOOL      ALP    2314.29    RLP     673.72
OCT 19   336.86                                   2651.15           1010.58
NOV 19   336.86                                   2988.01           1347.44
DEC 19   336.86                                   3324.87           1684.30
JAN 20   336.86                                   3661.73           2021.16
FEB 20   336.86                                   3998.59           2358.02
MAR 20   336.86                                   4335.45           2694.88
APR 20   336.86                                   4672.31           3031.74
MAY 20   336.86                                   5009.17           3368.60
JUN 20   336.86      837.06    BOROUGH            4508.97           2868.40
JUL 20   336.86                                   4845.83           3205.26
AUG 20   336.86     1500.00    HOMEOWNERS INS     3682.69           2042.12

------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS         0.00.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED

Page 1

Case 5:18-bk-00947-RNO    Doc    Filed 08/07/19    Entered 08/07/19 18:35:57    Desc
Main Document    Page 3 of 6

BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS          1640.57.

------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
```
    PRINCIPAL & INTEREST                                    362.94
    ESCROW (1/12TH OF ANNUAL ANTICIPATED                    336.86
        DISBURSEMENTS AS COMPUTED ABOVE)
    PLUS: OPTIONAL INSURANCE PREMIUMS                         0.00
    PLUS: REPLACEMENT RESERVE OR FHA SVC CHG                  0.00
    PLUS: SHORTAGE PAYMENT                                    0.00
    MINUS: SURPLUS CREDIT                                     0.00
    ROUNDING ADJUSTMENT                                       0.00
    MINUS: BUYDOWN/ASSISTANCE PAYMENTS                        0.00
```

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 09/01/19     699.80
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS      673.72.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS        673.72.


YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
09/17      296.00      10/17     296.00      11/17      6979.50   *
```
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
08/19    1500.00  HOMEOWNERS INS      06/19     837.06  BOROUGH
00/00       0.00                      00/00       0.00
00/00       0.00                      00/00       0.00
```

Licensed as Servis One, Inc. dba BSI Financial Services.

BSI Financial Services NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).

If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

| | |
|---|---|
| 1 | Michelle R. Ghidotti-Gonsalves, Esq. (27180) |
| 2 | GHIDOTTI \| BERGER LLP |
|  | 1920 Old Tustin Ave. |
| 3 | Santa Ana, CA 92705 |
|  | Ph: (949) 427-2010 |
| 4 | Fax: (949) 427-2732 |
| 5 | mghidotti@ghidottiberger.com |
| 6 | Attorney for Creditor |
|  | Chalet Properties III, LLC |

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA (WILKES-BARRE)

| In Re: Joseph Michael Motovidlak | ) CASE NO.: 5:18-bk-00947-RNO |
|---|---|
| Debtor. | ) |
|  | ) CHAPTER 13 |
|  | ) |
|  | ) **CERTIFICATE OF SERVICE** |
|  | ) |
|  | ) |
|  | ) |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

1

CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | On August 7, 2019 I served the following documents described as: |
| 2 | |
| 3 | • **NOTICE OF MORTGAGE PAYMENT CHANGE** |
| 4 | on the interested parties in this action by placing a true and correct copy thereof in a sealed |
| 5 | envelope addressed as follows: |
| 6 | (Via United States Mail) |

| **Debtor** | **Debtor's Counsel** |
|---|---|
| Joseph Michael Motovidlak | Jason Paul Provinzano |
| 110 John St | Law Offices of Jason P. Provinzano, LLC |
| Kingston, PA 18704-3825 | 16 W. Northampton Street |
|  | Wilkes Barre, PA 18701 |
| **Asst. U.S. Trustee** |  |
| United States Trustee | **Trustee** |
| 228 Walnut Street, Suite 1190 | Charles J DeHart, III (Trustee) |
| Harrisburg, PA 17101 | 8125 Adams Drive, Suite A |
|  | Hummelstown, PA 17036 |

__xx____(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 7, 2019 at Santa Ana, California

/*s / Marlen Gomez*
Marlen Gomez

2
CERTIFICATE OF SERVICE